IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON WALLS,

      Plaintiff,                    No. CIV S-08-1872 FCD EFB P

   vs.

B.C. ADAMS, et al.,

      Defendants.         <u>ORDER</u>

                              /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

/////

1

1  to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with
2  this order will result in a recommendation that this action be dismissed.
3       So ordered.
4  DATED: October 22, 2008.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE