IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON WALLS,

      Plaintiff,                      No. CIV S-08-1872 FCD EFB P

    vs.

B. C. ADAMS, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently under consideration are plaintiff's February 26, 2009, motion to compel discovery and April 29, 2009, request for forms necessary to serve process on defendants. For the reasons explained, the motion and the request are denied.

      This court has reviewed the initial and amended complaints, and in findings and recommendations filed May 4, 2009, determined that plaintiff conceded that he did not exhaust the available administrative remedies before commencing this action. *See* 42 U.S.C. § 1997e(a); *McKinney v. Carey*, 311 F.3d 1198, 1200 (9th Cir. 2002). He exhausted after commencing suit, which is impermissible. *Id.* Thus, there is no basis for plaintiff to proceed further with this action, including service of process and discovery.

////

Accordingly, it is ORDERED that plaintiff's February 26, 2009, motion to compel discovery and April 29, 2009, request for forms are denied.

Dated: May 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE